UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 09-218 |
| DERRICK BATES | SECTION: "A" |

### ORDER

Before the Court is Defendant Derrick Bates' **Renewed Motion for Sentence Reduction Pursuant to 18 U.S.C. 3582(c)(2)** (Rec. Doc. #180). On January 10, 2012, the Defendant had previously requested a reduction pursuant to §3582 (Rec. Doc. #170). On May 10, 2012, the Court issued an order denying a reduction pursuant to §3582 (Rec. Doc. #171) stating that the defendant is ineligible for a reduction because the mandatory minimum sentence was imposed. The Defendant Derrick Bates filed a second **Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. 3582(c)(2) Citing Amendment 750 to the United States Sentencing Guidelines** (Rec. Doc. #172) on May 11, 2012. On May 16, 2012 the Court denied the motion (Rec. Doc. # 174) for the same reasons stated in the first order denying a sentence reduction pursuant to 18 U.S.C. 3582(c)(2)(Rec. Doc. #171). The defendant filed an appeal on June 27, 2012, which was dismissed for want of prosecution. For the reasons stated in orders Record Documents 171 and 174, and as further explained, the motion is **DENIED.**

On October 1, 2010 the defendant plead guilty to Count 1 Conspiracy to Distribute Cocaine Base (crack) pursuant to 21 U.S.C. 846 and Count 2 Distribution and Possession with intent to distribute cocaine base (crack) pursuant to 21 U.S.C. 841(a)(1) & 841(b)(1)(A). The

Court advised the defendant at that time and the defendant stated that he understood that, pursuant to 21 U.S.C. 841(a)(1) & 841(b)(1)(A), there is a mandatory minimum sentence of 10 years. Regardless of guideline calculations, the statute dictates that the minimum sentence that the defendant can receive is 10 years. Therefore, 18 U.S.C. 3582(c)(2) can not provide any reduction in sentence regardless of changes to the guidelines.

New Orleans, Louisiana, July 13, 2012.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE